IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER V. LANGONE | ) | |
| Plaintiff, | ) | 10 C 3819 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| PAUL WEISS, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, CHRISTOPHER V. LANGONE, files this notice of voluntary dismissal, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.

1. FRCP 41(a) provides:

*(a)* ***Voluntary Dismissal.***
*(1)* ***By the Plaintiff.***
*(A)* Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
*(i)* a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

2. A class has not been certified in this matter, and Rules 23.1, 23.2 and 66 are not applicable.
3. Defendants have not been served with process, no Defendant has served an answer or motion for summary judgment.
4. No prior action based has been filed based on the claims asserted.
5. Pursuant to FRCP 41(a), Langone dismisses this action, without prejudice.

                                              Respectfully Submitted,
                                              /s/ Christopher V. Langone
                                              CHRISTOPHER V. LANGONE

207 Texas Lane
Ithaca, New York 14850
(607) 216-2836